## DIVIDENDS REMITTED TO THE COURT

Case Number 05-28081 - WASHINGTON, KIMYANA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| UNITED COLLECTION BUREAU<br>5620 SOUTHWYCK BLVD STE 206<br>TOLEDO, OH 43614 | 000003<br>*Check #1008* | 64.74 | 2.67 |
| ---------- Remittance Total --------------- | | 64.74 | 2.67 |

*Mary Ann Rabin*
MARY ANN RABIN, Trustee